# United States Bankruptcy Court
## Eastern District of New York

IN RE:                                                      Case No. _____

**Iconic Imports, Inc.** _____  Chapter **7** _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**5,000.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**5,000.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☐ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**September 21, 2011**_____        **/s/ Richard J. McCord**
Date                                                    **Richard J. McCord 3290**
                                                        **Certilman, Balin, Adler & Hyman, LLP**
                                                        **90 Merrick Avenue**
                                                        **East Meadow, NY  11554-1500**

                                                        **rmccord@certilmanbalin.com**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Eastern District of New York

**IN RE:**

Case No. _____

Iconic Imports, Inc.

Chapter **7** _____

<div align="center">Debtor(s)</div>

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

_____

**X** _____

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Iconic Imports, Inc.

**X** _/s/_         9/21/2011

Printed Name(s) of Debtor(s)

Signature of Debtor     Date

Case No. (if known) _____

**X** _____

Signature of Joint Debtor (if any)     Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **United States Bankruptcy Court**<br>**Eastern District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Iconic Imports, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka Harbrew Imports, Ltd.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all) **13-4362274** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**C/O David Lubin & Associates**<br>**10 Union Avenue, Suite 5**<br>**Lynbrook, NY**　　　　ZIPCODE **11563** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>　　　　ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Nassau** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>　　　　ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>　　　　ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>　　　　ZIPCODE | |

<table>
<tr>
<td><b>Type of Debtor</b><br>(Form of Organization)<br>(Check <b>one</b> box.)<br><br>☐ Individual (includes Joint Debtors)<br><i>See Exhibit D on page 2 of this form.</i><br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)</td>
<td><b>Nature of Business</b><br>(Check <b>one</b> box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other</td>
<td><b>Chapter of Bankruptcy Code Under Which</b><br><b>the Petition is Filed</b> (Check <b>one</b> box.)<br><br>☑ Chapter 7　　☐ Chapter 15 Petition for<br>☐ Chapter 9　　　 Recognition of a Foreign<br>☐ Chapter 11　　　Main Proceeding<br>☐ Chapter 12　　☐ Chapter 15 Petition for<br>☐ Chapter 13　　　Recognition of a Foreign<br>　　　　　　　　　 Nonmain Proceeding</td>
</tr>
<tr>
<td></td>
<td><b>Tax-Exempt Entity</b><br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code).</td>
<td><b>Nature of Debts</b><br>(Check one box.)<br>☐ Debts are primarily consumer　☑ Debts are primarily<br>debts, defined in 11 U.S.C.　　　business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose."</td>
</tr>
</table>

| **Filing Fee** (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less<br>than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Iconic Imports, Inc.** |
|---|---|

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)                              Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Iconic Imports, Inc.** |
|---|---|

<div align="center"><strong>Signatures</strong></div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X */s/ Richard J. McCord*
_____
Signature of Attorney for Debtor(s)

**Richard J. McCord 3290**
**Certilman, Balin, Adler & Hyman, LLP**
**90 Merrick Avenue**
**East Meadow, NY 11554-1500**

**rmccord@certilmanbalin.com**

**September 21, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
    Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Richard DeCicco*
_____
Signature of Authorized Individual

**Richard DeCicco**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 21, 2011**
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Eastern District of New York

IN RE:                                                          Case No. _____

Iconic Imports, Inc. _____   Chapter **7** _____

                              Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Iconic Brands**<br>**C/O David Lubin & Associates, PLLC.**<br>**10 Union Avenue**<br>**Lynbrook, NY 11563** | **100** | **100% Owner** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Eastern District of New York

**IN RE:**

Case No. _____

**Iconic Imports, Inc.** _____

Chapter **7** _____

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 0.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 5 | | $ 20,617.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | $ 3,333,077.81 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 28 | $ 0.00 | $ 3,353,694.81 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Iconic Imports, Inc. _____  Case No. _____
        Debtor(s)                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | TOTAL 0.00 | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Iconic Imports, Inc.** _____  Case No. _____
<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Iconic Imports, Inc.** _____ Case No. _____
<span style="margin-left:2em;">Debtor(s)</span> <span style="float:right;">(If known)</span>

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Iconic Imports, Inc.**                    Case No. _____
_____
Debtor(s)                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **0.00** |

<div align="right">(Include amounts from any continuation sheets attached.<br>Report total also on Summary of Schedules.)</div>

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Iconic Imports, Inc.** _____    Case No. _____
                                    Debtor(s)                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Iconic Imports, Inc.** _____   Case No. _____
_____ Debtor(s) _____                                   (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

____ **0** continuation sheets attached

Subtotal (Total of this page)   $ _____   $ _____

Total (Use only on last page)   $ _____   $ _____

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE **Iconic Imports, Inc.** _____  Case No. _____
                                   Debtor(s)                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
  Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
  Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
  Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **4** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Iconic Imports, Inc.**                                                        Case No. _____
                          Debtor(s)                                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Hui Xu (Christina Hsu)**<br>**89 Radcliffe Road**<br>**Island Park, NY 11558** | | | **former employee of debtor-commenced an action to recover wages** | | | | **20,500.00** | **20,500.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **20,500.00**   $ **20,500.00**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Iconic Imports, Inc.**                                  Case No. _____
_____
                    Debtor(s)                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**NYS Department Of Taxation And Finance Bankruptcy Unit- TCD, Building 8 RM 455 W.A. Harriman Campus Albany, NY 12227** | | | **2010 CT-4 tax and CT-3M/4M tax due** | | | X | **29.00** | **29.00** | |
| ACCOUNT NO.<br>**NYS Department of Taxation and Finance Bankruptcy Unit P.O. Box 5300 Albany, NY 12205-5300** | | | **Assignee or other notification for: NYS Department Of Taxation And Finance** | | | | | | |
| ACCOUNT NO.<br>**Securities Exchange Commission Northeast Regional Office Woolworth Building, 233 Broadway New York, NY 10279** | | | **Assignee or other notification for: NYS Department Of Taxation And Finance** | | | | | | |
| ACCOUNT NO.<br>**United States Attorney's Office Eastern District Of New York, Civil Div. 610 Federal Plaza, 5th Floor Central Islip, NY 11722-4454** | | | **Assignee or other notification for: NYS Department Of Taxation And Finance** | | | | | | |
| ACCOUNT NO.<br>**US Department Of Education Bankruptcy Litigation Support 50 Beale Street, Ste. 8629 San Francisco, CA 94105** | | | **Assignee or other notification for: NYS Department Of Taxation And Finance** | | | | | | |
| ACCOUNT NO.<br>**US Department Of Health And Human Svs. Office Of The General Counsel 26 Federal Plaza, Room 3908 New York, NY 10278** | | | **Assignee or other notification for: NYS Department Of Taxation And Finance** | | | | | | |

Sheet no. __**2**__ of __**4**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ **29.00** $ **29.00** $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $          $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Iconic Imports, Inc.**                                        Case No. _____

_____
Debtor(s)                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**US Department Of Housing And Urban Devel Office Of The Regional Counsel For NY/NJ 26 Federal Plaza, Room 3500 New York, NY 10278** | | | **Assignee or other notification for: NYS Department Of Taxation And Finance** | | | | | | |
| ACCOUNT NO. <br><br>**NYS Department of Taxation and Finance Bankruptcy Unit P.O. Box 5300 Albany, NY 12205-5300** | | | **2009 CT-4 Tax and CT-3M/4M tax** | | | X | **88.00** | **88.00** | |
| ACCOUNT NO. <br><br>**NYS Department Of Taxation And Finance Bankruptcy Unit- TCD, Building 8 RM 455 W.A. Harriman Campus Albany, NY 12227** | | | **Assignee or other notification for: NYS Department of Taxation and Finance** | | | | | | |
| ACCOUNT NO. <br><br>**Securities Exchange Commission Northeast Regional Office Woolworth Building, 233 Broadway New York, NY 10279** | | | **Assignee or other notification for: NYS Department of Taxation and Finance** | | | | | | |
| ACCOUNT NO. <br><br>**United States Attorney's Office Eastern District Of New York 610 Federal Plaza, 5th Floor Central Islip, NY 11722-4454** | | | **Assignee or other notification for: NYS Department of Taxation and Finance** | | | | | | |
| ACCOUNT NO. <br><br>**US Department Of Education Bankruptcy Litigation Support 50 Beale Street, Ste. 8629 San Francisco, CA 94105** | | | **Assignee or other notification for: NYS Department of Taxation and Finance** | | | | | | |

Sheet no. **3** of **4** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ **88.00** | $ **88.00** | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Iconic Imports, Inc.**                                                                  Case No. _____
                                    Debtor(s)                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**US Department Of Health And Human Svs.**<br>**Office Of The General Counsel**<br>**26 Federal Plaza, Room  3908**<br>**New York, NY  10278** | | | **Assignee or other notification for:**<br>**NYS Department of Taxation and Finance** | | | | | | |
| ACCOUNT NO.<br><br>**US Department Of Housing And Urban Devel**<br>**Office Of The Regional Counsel For NY/NJ**<br>**26 Federal Plaza, Room 3500**<br>**New York, NY  10278** | | | **Assignee or other notification for:**<br>**NYS Department of Taxation and Finance** | | | | | | |
| ACCOUNT NO.<br><br>**US Environmental Protection Agency**<br>**Office Of The Regional Counsel, Region 2**<br>**290 Broadway, 17th Floor**<br>**New York, NY  10007** | | | **Assignee or other notification for:**<br>**NYS Department of Taxation and Finance** | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**4**__ of __**4**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal<br>(Totals of this page) | $ | $ | $ |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $  **20,617.00** | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $  **20,617.00** | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Iconic Imports, Inc. _____ Case No. _____
                          Debtor(s)                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8710**<br><br>**Abraham Obanian**<br>**641 Pine Lane**<br>**East Meadow, NY 11554** | | | **Default judgment granted against Harbrew Imports, Ltd. Corp.** | | | X | **115,254.00** |
| ACCOUNT NO.<br><br>**Action Group, Inc.**<br>**11943 NW 37th Street**<br>**Coral Springs, FL 33065** | | | **Trade debt,** | | | X | **4,000.00** |
| ACCOUNT NO.<br><br>**Anslow & Jacklin, LLP.**<br>**195 Route 9 South**<br>**Manalapan, NJ 07726** | | | **Trade debt.** | | | X | **45,596.30** |
| ACCOUNT NO.<br><br>**Aquarium Network**<br>**645 Broadway**<br>**Massapequa, NY 11758** | | | **Trade debt.** | | | X | **757.12** |

**14** continuation sheets attached

Subtotal
(Total of this page) $ **165,607.42**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Iconic Imports, Inc.** _____ Case No. _____
<div align="center">Debtor(s)                                            (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Asher Enterprises**<br>**1 Linden Place, Ste. 207**<br>**Great Neck, NY 11021** | | | **Trade debt** | | | X | **60,000.00** |
| ACCOUNT NO.<br>**AT & T**<br>**P.O. Box 8220**<br>**Aurora, IL 60572** | | | **Trade debt.** | | | X | **690.01** |
| ACCOUNT NO.<br>**Beverage Industry**<br>**8431 SW 42nd Avenue**<br>**Portland, OR 97219** | | | **Trade debt.** | | | X | **63.58** |
| ACCOUNT NO.<br>**Brick Mountain Logistics**<br>**600 Bayview Avenue**<br>**Inwood, NY 11096** | | | **Trade debt.** | | | X | **2,604.25** |
| ACCOUNT NO.<br>**Buchman Law Firm, LLP.**<br>**10 E. 40th Street #2110**<br>**New York, NY 10016-0201** | | | **Trade debt.** | | | X | **28,717.86** |
| ACCOUNT NO.<br>**Bureau Customs & Border**<br>**1100 Raymond Boulevard**<br>**Newark, NJ 07102** | | | **Trade debt.** | | | X | **48,558.17** |
| ACCOUNT NO.<br>**Burkhart Wexler & Hirschberg**<br>**585 Stewart Avenue, Suite 750**<br>**Garden City, NY 11530** | | | **Trade debt.** | | | X | **4,400.53** |

Sheet no. **1** of **14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">Subtotal<br>(Total of this page) $ **145,034.40**</div>

<div align="right">Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.) $</div>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Iconic Imports, Inc. _____ Case No. _____
Debtor(s)                                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Chase Card Services** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | | | **Trade debt.** | | | X | **2,506.20** |
| ACCOUNT NO. **180S** <br> **Chester Stewart** <br> **C/O Patel Rashmi N. Law Offices** <br> **1234 Summer Street, 4th Floor** <br> **Stamford, CT 06905** | | | **lawsuit filed against Harbrew Imports for breach of contract.** | | | X | **100,000.00** |
| ACCOUNT NO. <br> **Christopher L. Resinck** <br> **3020 Kine Court** <br> **Greenbrook, NJ 08812** | | | **Trade debt.** | | | X | **25,000.00** |
| ACCOUNT NO. <br> **Complete Packaging & Shipping** <br> **83 Benington Avenue** <br> **Freeport, NY 11520** | | | **Trade debt.** | | | X | **9,000.00** |
| ACCOUNT NO. **1458** <br> **Connecticut Container Corp.** <br> **C/O Frank, Frank Goldstein & Nager, P.C.** <br> **460 Park Avenue South** <br> **New York, NY 10016** | | | **lawsuit commenced against Harbrew Imports, Ltd.** | | | X | **7,443.00** |
| ACCOUNT NO. **4045** <br> **Contri Spumanti S.P.A.** <br> **C/O Lawrence C. Gutman, Esq.** <br> **19 Roslyn Road** <br> **Mineola, NY 11501** | | | **Judgment obtained 1/13/2010** | | | X | **37,976.14** |
| ACCOUNT NO. <br> **Cystic Fibrosis Foundation** <br> **2929 Carlisle, Suite 230** <br> **Dallas, TX 75204** | | | **Trade debt.** | | | X | **300.00** |

Sheet no. **2** of **14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **182,225.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**IN RE** <u>Iconic Imports, Inc.</u>                                        Case No. _____
                     Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Dave Rudden<br>5 Star Brokers<br>27 Maplewood Park Court<br>Bethesda, MD  20814** | | | **Trade debt.** | | | X | **8,284.35** |
| ACCOUNT NO.<br>**Deliliah Holdings<br>1175 Walt Whitman Road, Ste. 100<br>Melville, NY  11747** | | | **Trade debt** | | | X | **100,000.00** |
| ACCOUNT NO.<br>**Delta Wholesale, Inc.<br>802 Rozelle<br>Memphis, TN  38104** | | | **Trade debt.** | | | X | **140.80** |
| ACCOUNT NO.<br>**Donald Chadwell<br>12712 St. Johns Drive<br>Oklahoma City, OK  73120** | | | **Trade debt.** | | | X | **763,000.00** |
| ACCOUNT NO.<br>**DRE, Inc.<br>800 S. Milwaukee Avenue, Ste. 170<br>Libertyville, IL  60048** | | | **Trade debt.** | | | X | **100,000.00** |
| ACCOUNT NO.<br>**Dundee Foods, LLC.<br>815 West Whitney Road<br>Fairport, NY  14450** | | | **Trade debt.** | | | X | **652.57** |
| ACCOUNT NO.<br>**Edgar Agents, LLC.<br>195 Route 9 South Ste. 204<br>Englishtown, NJ  07726** | | | **Trade debt.** | | | X | **4,126.50** |

Sheet no. ____**3**___ of ___**14**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **976,204.22**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Iconic Imports, Inc.** _____ Case No. _____
<div align="center">Debtor(s)</div>                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9338**<br>**Elite Marketing Concepts, Inc.**<br>**C/O Alan S. Berkowitz, Esq.**<br>**14 East 4th Street, Suite 408**<br>**New York, NY 10012** | | | Trade debt. | | | X | 2,549.88 |
| ACCOUNT NO.<br>**Empire Distributors**<br>**3755 Atlanta Industrial Parkway**<br>**Atlanta, GA 30336** | | | Trade debt. | | | X | 142.79 |
| ACCOUNT NO.<br>**Federal Express**<br>**P.O. Box 371461**<br>**Pittsburgh, PA 15250** | | | Trade debt. | | | X | 5,172.57 |
| ACCOUNT NO.<br>**Fedway Associates**<br>**P.O. Box 519**<br>**Kearney, NJ 07032** | | | Trade debt. | | | X | 448.62 |
| ACCOUNT NO.<br>**Feel Safe Solutions, Inc.**<br>**222 Wilson Road**<br>**Islip, NY 11751** | | | Trade debt. | | | X | 716.76 |
| ACCOUNT NO.<br>**Frederick P. Winner, Ltd.**<br>**7001 Quad Avenue**<br>**Baltimore, MD 21237** | | | Trade debt. | | | X | 5.50 |
| ACCOUNT NO.<br>**Friars Club**<br>**57 E. 55th Street**<br>**New York, NY 10022** | | | Trade debt. | | | X | 5,651.85 |

Sheet no. **4** of **14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              $ 14,687.97

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)                 $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Iconic Imports, Inc.** _____ Case No. _____
              Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Gary Fish**<br>**15 Maiden Lane, Suite 1108**<br>**New York, NY 10038** | | | Trade debt. | | | X | 4,198.50 |
| ACCOUNT NO. <br><br>**General Wine & Liquor Company**<br>**3101 S. Galley Road, Suite H**<br>**Dearborn, MI 48124** | | | Trade debt. | | | X | 3,101.44 |
| ACCOUNT NO. <br><br>**Glazer's**<br>**14911 Quorum Drive, Suite 400**<br>**P.O. Box 809013**<br>**Dallas, TX 75380** | | | Trade debt. | | | X | 16.72 |
| ACCOUNT NO. <br><br>**Greenberg Traurig, LLP.**<br>**200 Park Avenue**<br>**New York, NY 10166** | | | Trade debt. | | | X | 122,085.42 |
| ACCOUNT NO. <br><br>**Gutman & Gutman, LLP.**<br>**19 Roslyn Road**<br>**Mineola, NY 11501** | | | Trade debt. | | | X | 25,026.00 |
| ACCOUNT NO. <br><br>**Hartley & Parker Limited**<br>**100 Browning Street**<br>**Stratford, CT 06615** | | | Trade debt. | | | X | 806.37 |
| ACCOUNT NO. <br><br>**Horizon Wine & Spirits**<br>**P.O. Box 23448**<br>**Chattanooga, TN 37422** | | | Trade debt. | | | X | 48.87 |

Sheet no. **5** of **14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **155,283.32**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE **Iconic Imports, Inc.** _____ Case No. _____
<span style="padding-left:3em;">Debtor(s)</span> <span style="float:right;">(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Imperial Brands, Inc.**<br>**16575 Collection Center Drive**<br>**Chicago, IL 60693** | | | **Trade debt,** | | | X | 46,887.24 |
| ACCOUNT NO.<br>**Inter-Metro Freight, Inc.**<br>**Bldg. 160 River Terminal**<br>**Kearney, NJ 07032** | | | **Trade debt.** | | | X | 1,207.50 |
| ACCOUNT NO.<br>**Judge & Dolph/Wirtz**<br>**1925 Busse Road**<br>**Elk Grove Village, IL 60007** | | | **Trade debt.** | | | X | 141.75 |
| ACCOUNT NO.<br>**K & L Distributors**<br>**3215 Lind Avenue, SW**<br>**Renton, WA 98057** | | | **Trade debt.** | | | X | 30.97 |
| ACCOUNT NO.<br>**LA JARA**<br>**Via S. Michele, S. Maria Del Piave**<br>**31020 Moreno DiPiave (TV) IT** | | | **Trade debt.** | | | X | 49,608.00 |
| ACCOUNT NO.<br>**LB & B Associates, Inc.**<br>**P.O. Box 25549**<br>**Raleigh, NC 27611** | | | **Trade debt.** | | | X | 625.00 |
| ACCOUNT NO.<br>**Lexus Financial Services**<br>**P.O. Box 17187**<br>**Baltimore, MD 21297** | | | **Trade debt.** | | | X | 6,284.00 |

Sheet no. **6** of **14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right;">

Subtotal
(Total of this page) $ **104,784.46**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Iconic Imports, Inc.** _____ Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**LIPA**<br>**15 Park Drive**<br>**Melville, NY 11747-3091** | | | **Trade debt.** | | | X | **4,486.17** |
| ACCOUNT NO.<br>**Lipman Brothers**<br>**P.O. Box 280300, 411 Great Circle Road**<br>**Nashville, TN 37228** | | | **Trade debt.** | | | X | **7.60** |
| ACCOUNT NO.<br>**Louis Rosenstock, Esq.**<br>**905 Kings Highway**<br>**Brooklyn, NY 11223** | | | **Trade debt.** | | | X | **3,850.00** |
| ACCOUNT NO.<br>**M.S. Walker, Inc.**<br>**20 Third Avenue**<br>**Somerville, MA 02143** | | | **Trade debt.** | | | X | **13.72** |
| ACCOUNT NO.<br>**Martignetti Companies Of NH**<br>**P.O. Box 1113**<br>**Manchester, NH 03105** | | | **Trade debt.** | | | X | **92.49** |
| ACCOUNT NO.<br>**Marvin Mermelstein**<br>**6500 N. Hamlin**<br>**Lincolnwood, IL 60712** | | | **Trade debt** | | | X | **220,000.00** |
| ACCOUNT NO.<br>**Michael Alter**<br>**143 Shrub Hollow Road**<br>**Roslyn, NY 11578** | | | **Trade debt.** | | | X | **25,000.00** |

Sheet no. **7** of **14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **253,449.98**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Iconic Imports, Inc. _____ Case No. _____
         Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Michael T. Studer, CPA, P.C.**<br>**18 East Sunrise Highway, Ste. 11**<br>**Freeport, NY 11520** | | | **Accounting fees** | | | X | **42,500.00** |
| ACCOUNT NO.<br>**Monreal Imports**<br>**3059 South Central Park**<br>**Chicago, IL 60623** | | | **Trade debt.** | | | X | **8,554.69** |
| ACCOUNT NO.<br>**National Grid**<br>**1650 Islip Avenue**<br>**Brentwood, NY 11717** | | | **Trade debt.** | | | X | **1,990.33** |
| ACCOUNT NO.<br>**New Century Consultants**<br>**6800 Jericho Turnpike**<br>**Suite 102W**<br>**Syosset, NY 11791** | | | **Trade debt** | | | X | **750.00** |
| ACCOUNT NO.<br>**North Coast Logistics, Inc.**<br>**P.O. Box 75584**<br>**Cleveland, OH 44101** | | | **Trade debt.** | | | X | **20.00** |
| ACCOUNT NO.<br>**NYLI Web Technologies, Inc.**<br>**436b Central Avenue**<br>**Bohemia, NY 11716** | | | **Trade debt.** | | | X | **270.00** |
| ACCOUNT NO.<br>**Olinger Distributing Company**<br>**5337 West 78th Street**<br>**Indianapolis, IN 46268** | | | **Trade debt.** | | | X | **6.77** |

Sheet no. **8** of **14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **54,091.79**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

**IN RE** Iconic Imports, Inc. _____ Case No. _____
_____
Debtor(s)        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Ondemand Color Group** <br>**30-02 48th Avenue, 3rd Floor** <br>**Long Island City, NY 11101** | | | **Trade debt.** | | | X | **3,435.01** |
| ACCOUNT NO. <br><br> **Paul Lavender Brokerage, LLC.** <br>**186 Carr Road** <br>**Columbus, MS 39705** | | | **Trade debt.** | | | X | **55.36** |
| ACCOUNT NO. <br><br> **Precisionir, Inc.** <br>**601 Moorefield Park Drive** <br>**Richmond, VA 23236** | | | **Trade debt,** | | | X | **2,100.00** |
| ACCOUNT NO. <br><br> **R & M Graphic Communications** <br>**121 Varick Street** <br>**New York, NY 10013** | | | **Trade debt.** | | | X | **9,280.00** |
| ACCOUNT NO. <br><br> **R.L. Visconti** <br>**P.O. 21102** <br>**Floral Parik, NY 11002** | | | **Trade debt.** | | | X | **25,886.00** |
| ACCOUNT NO. <br><br> **Reed Smith, LLP.** <br>**P.O. Box 777-W4055** <br>**Philadelphia, PA 19175** | | | **Trade debt.** | | | X | **3,887.84** |
| ACCOUNT NO. <br><br> **Republic National Distributing** <br>**P. O. Box 687** <br>**Annapolis Junction, MD 29701** | | | **Trade debt.** | | | X | **91.08** |

Sheet no. ___9___ of ___14___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **44,735.29**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE Iconic Imports, Inc.** _____ Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Richard DeCicco**<br>**71 Shore Drive South**<br>**Copaigue, NY 11726** | | | | | | | **720,537.00** |
| ACCOUNT NO.<br>**Robert C. Dilullo**<br>**72 Spy Hill Glass Road**<br>**Hopewell Junction, NY 12553** | | | **Trade debt.** | | | X | **16,000.00** |
| ACCOUNT NO. **1508**<br>**Scalamandre Real Estate**<br>**157 Albany Avenue**<br>**Freeport, NY 11520** | | | **Disputed rent for 102 Buffalo Avenue, Freeport, New York. Eviction proceeding commenced in November, 2008.** | | | X | **238,000.00** |
| ACCOUNT NO.<br>**SG Martin**<br>**8 Broadway**<br>**Rocky Point, NY 11778** | | | **Trade Debt.** | | | X | **50,938.00** |
| ACCOUNT NO.<br>**Shanghai Yuxuan International**<br>**24 E. Huayuan Building #1, 3500 Kaixuan**<br>**Xuhui District, Shanghai City**<br>**China,** | | | **Trade debt.** | | | X | **26,712.00** |
| ACCOUNT NO.<br>**Shell Fleet**<br>**P.O. Box 2463**<br>**Houston, TX 77252** | | | **Trade debt.** | | | X | **2,979.16** |
| ACCOUNT NO. **0921**<br>**Sherwood Suffolk Company**<br>**14 Dubon Court**<br>**Farmingdale, NY 11735** | | | **Outstanding rent due and owing debtor's former landlord for the premises located at 1174 Route 109, Lindenhurst, New York 11757. Evicition proceeding commenced in September, 2010.** | | | X | **6,327.87** |

Sheet no. **10** of **14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,061,494.03**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Iconic Imports, Inc.</u>                                    Case No. _____
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Sichenza Ross Friedman Ferenc**<br>**1065 Avenue Of The Americas**<br>**New York, NY  10018** | | | | | | X | 74,604.79 |
| ACCOUNT NO. <br><br>**Southern Wine & Spirits - FL Div.**<br>**P.O. Box 279370**<br>**Miramar, FL  33027** | | | Trade debt. | | | X | 26.84 |
| ACCOUNT NO. <br><br>**Southern Wine & Spirits - HI Div.**<br>**P.O. Box 279370**<br>**Miramar, FL  33027** | | | Trade debt. | | | X | 13.19 |
| ACCOUNT NO. <br><br>**Southern Wine & Spirits - NV Div.**<br>**P.O. Box 279370**<br>**Miramar, FL  33027** | | | Trade debt. | | | X | 1,025.64 |
| ACCOUNT NO. <br><br>**Southern Wine & Spirits - OHIO Div.**<br>**651-D Lakeview Plaza Boulevard**<br>**Columbus, OH  43085** | | | Trade debt. | | | X | 443.70 |
| ACCOUNT NO. <br><br>**Southern Wine & Spirits West**<br>**2101 Frank Albert Road East**<br>**Fife, WA  98424** | | | Trade debt. | | | X | 3,674.95 |
| ACCOUNT NO. <br><br>**Spartan Logistics Cincinatti**<br>**3005 E. Kemper Road**<br>**Cincinatti, OH  45241** | | | Trade debt. | | | X | 16.02 |

Sheet no. __**11**__ of __**14**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ 79,805.13

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Iconic Imports, Inc.**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Spartan Logistics Cleveland**<br>**22801 Aurora Road**<br>**Bedford Heights, OH 44146** | | | **Trade debt.** | | | X | **24.85** |
| ACCOUNT NO.<br>**Spartan Warehouse**<br>**P.O. Box 145200, Dept. 1001**<br>**Cincinatti, OH 45250** | | | **Trade debt.** | | | X | **170.00** |
| ACCOUNT NO.<br>**Standard Beverage Corp.**<br>**P.O. Box 968**<br>**Wichita, KS 67201** | | | **Trade debt.** | | | X | **221.00** |
| ACCOUNT NO.<br>**Staples**<br>**Dept. NY 85106, P.O. Box 30851**<br>**Hartford, CT 01650** | | | **Trade debt.** | | | X | **4,853.32** |
| ACCOUNT NO.<br>**Steinberg Fineo, P.C.**<br>**401 Broadhollow Road**<br>**Melville, NY 11747** | | | **Trade debt.** | | | X | **21,485.00** |
| ACCOUNT NO.<br>**Sterling Distributing Corp.**<br>**4433 S. 96th Street, P.O. Box 27069**<br>**Omaha, NE 68127** | | | **Trade debt.** | | | X | **6.92** |
| ACCOUNT NO.<br>**Stoller Wholesale**<br>**3325 Mt. Prospect Road**<br>**Franklin Park, IL 60131** | | | **Trade debt.** | | | X | **623.52** |

Sheet no. **12** of **14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 27,384.61

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Iconic Imports, Inc.</u>                                    Case No. _____
<div style="text-align:center">Debtor(s)                                                                          (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode:vertical-lr; font-size:small">© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Suffolk Copier Systems, Inc.**<br>**130-1 Knickerbocker**<br>**Bohemia, NY 11716** | | | **Trade debt.** | | | X | **456.20** |
| ACCOUNT NO.<br><br>**T Mobile**<br>**P.O. Box 742596**<br>**Cincinatti, OH 45274** | | | **Trade debt.** | | | X | **3,914.11** |
| ACCOUNT NO.<br><br>**Tasting Panel Magazine**<br>**15335 Morrison Avenue, Ste. 345**<br>**Bohemia, NY 11716** | | | **Trade debt.** | | | X | **5,500.00** |
| ACCOUNT NO.<br><br>**The Estate Of Mercer K. Ellington**<br>**C/O Scarola & Ellis, LLP.**<br>**888 Seventh Avenue, 45th Floor**<br>**New York, NY 10106** | | | **Lawsuit commenced August 5, 2009.** | | | X | **unknown** |
| ACCOUNT NO.<br><br>**Thermo Plastic**<br>**1119 Morris Avenue**<br>**Union, NJ 07083** | | | **Trade debt.** | | | X | **20,250.00** |
| ACCOUNT NO.<br><br>**Town Of Babylon**<br>**281 Phelos Lane, Room 19**<br>**North Babylon, NY 11703** | | | **Trade debt.** | | | X | **936.10** |
| ACCOUNT NO. **6439**<br><br>**Toyota Motor Credit Corporation**<br>**C/O Rubin & Rothman, LLC.**<br>**1787 Veterans Highway**<br>**Islandia, NY 11749** | | | **Default of auto lease executed by Harbrew Imports, Ltd.** | | | X | **17,104.09** |

Sheet no. **13** of **14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">Subtotal<br>(Total of this page) $   **48,160.50**</div>

<div style="text-align:right">Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.) $</div>

**IN RE** **Iconic Imports, Inc.**                                                  Case No. _____
_____
<span style="margin-left:6em;">Debtor(s)</span>                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**United Parcel Service**<br>**P.O. Box 7247-0244**<br>**Philadelphia, PA 19170** | | | **Trade debt.** | | | X | **922.92** |
| ACCOUNT NO.<br>**Vintage Filings**<br>**150 West 46th Street, 6th Floor**<br>**New York, NY 10036** | | | **Trade debt.** | | | X | **1,114.00** |
| ACCOUNT NO. **0010**<br>**West, A Thomson Reuters Business**<br>**610 Opperman Drive**<br>**D6-11 Accounts Receivable**<br>**Eagn, MN 55123** | | | **trade debt** | | | X | **9,184.00** |
| ACCOUNT NO.<br>**William Blacker**<br>**26 Linford Road**<br>**Great Neck, NY 11021** | | | **Trade debt.** | | | X | **8,908.43** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **14** of **14** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right;">

Subtotal
(Total of this page) $ **20,129.35**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **3,333,077.81**

</div>

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Iconic Imports, Inc.**                                                                    Case No. _____
<span style="float:right">(If known)</span>

Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Iconic Imports, Inc.**                                          Case No. _____
_____
                     Debtor(s)                                                              (If known)

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Iconic Imports, Inc.** _____  Case No. _____

_____  
Debtor(s)  (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____

Debtor

Date: _____  Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____  _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer  Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____

Address

_____  _____

Signature of Bankruptcy Petition Preparer  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both._  _11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Iconic Imports, Inc.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **29** sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 21, 2011** _____  Signature: **_/s/ Richard DeCicco_**

**Richard DeCicco** _____

(Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Eastern District of New York

**IN RE:**                                                      Case No. _____

**Iconic Imports, Inc.** _____   Chapter **7** _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| -1,852,476.00 | 2009 Business Earnings |
| -1,639,388.00 | 2010 Business Earnings |

## 2. Income other than from employment or operation of business

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ **b. Debtor whose debts are not primarily consumer debts:** List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ **c. All debtors:** List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **The Estate of Mercer K. Ellington, by its Executor, Paul Ellington, Plaintiff-v- Harbrew Imports, Ltd., and Iconic Brands, Inc. Index No. 09-3359** | **Trademark Infringement (Lanham Act)** | **United States District Court Eastern District of New York** | **pending** |
| **Connecticut Container Corp. v. Harbrew Imports, Ltd. Case No. 08--004158** | **Action to recover funds** | **Supreme Court, State of New York County of Nassau** | **pending** |
| **Elite Marketing Concepts, Inc. v. Harbrew Imports, Ltd. Index No. 08-009338** | **Action to recover monies** | **Supreme Court, State of New York County of Nassau** | **pending** |
| **Contri Spumanti S.P.A. v. Iconic Imports Inc. f/k/a Harbrew Imports Ltd. Index No. 09-43405** | **Action to recover funds** | **Supreme Court, State of New York County of Suffolk** | **pending** |
| **Thermo Plastic Tech, Inc. v. Iconic Imports, Docket No. UNN-L-3062/08** | **action to recover monies** | **Superior Court of New Jersey Law Division Civil Part, Union County** | **Judgment** |
| **Abraham Ohanian, Plaintiff v. Harbrew Imports, Ltd. Corp. and Richard Decicco, individually, Index No. 19587/10** | **action to recover funds** | **Supreme Court, State of New York** | **Decision rendered in favor of Plaintiff on 11/30/2010** |
| **Fred and Joseph Scalamandre Real Estate, Petitioner v. Harbrew Imports, Ltd. Corp., Harbrew Imports, Ltd., Islander Imports and Packing, Inc., Respondents, Index No. 006015/08** | **eviction proceeding** | **District Court, County of Nassau First Distrcit: Civil Part: Hempstead** | **eviction granted in favor of Petitioner as against Respondent to vacate premises known as 102 Buffalo Street, Freeport, New York 11520** |
| **Hui Xu a/k/a Christina Hsu, Plaintiff v. Harbrew Imports, Inc. Index No. 017764/08** | **action to recover funds** | **Supreme Court, State of New York County of Nassau** | **pending** |
| **Toyota Motor Acceptance Corporation, Plaintiff v. Harbrew Imports, Ltd., Defendant - Index No. 09-46439** | **action to recover funds** | **Supreme Court, County of Suffolk** | **pending** |
| **Sherwood Suffolk Co, Petitioner v. Iconic Brands, Inc., Respondent, Index No. BALT 10 -0000921** | **eviction proceeeding** | **Second District Court, County of Suffolk** | **eviction granted in favor of the Petitioner as against the Respondent to vacate the premises known as 1174 Route 109, Lindenhurst, New York 11757** |

Chester Stewart, Plaintiff v. Harbrew Imports, Ltd. et al., Defendants, Index No. HHD-CV08-5018180-S

Contract action

State of Connecticut Superior Court

Judgment entered in Connecticut on February 18, 2008. The action was re-filed in the Supreme Court of New York, Docket 652286/2010

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Capstone Capital Group, LLC.**<br>**1350 Avenue Of The Americas, 25th Floor**<br>**New York, NY 10019** | **9/28/2010** | **All collateral of the debtor was purchased at auction by secured creditor. The purchase of the collateral by Capstone fully satisfied the claim against the debtor.** |

### 5. Repossessions, foreclosures and returns

None List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Capstone Capital Group, LLC.**<br>**1350 Avenue Of The Americas, 25th Floor**<br>**New York, NY 10019** | **September 28, 2010** | **Capstone purchased all collateral of the debtor at a public sale for $233,075.35.** |

### 6. Assignments and receiverships

None a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Certilman Balin Adler & Hyman, LLP**<br>**90 Merrick Avenue**<br>**East Meadow, NY 11554** | | **5,000.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 102 Buffalo Street, Freeport, New York 11520 | Harbrew Imports, Ltd., Corp., Harbrew Imports, Ltd., Islander Imports & Packing, Inc. | July, 2002 through March, 2009 |
| 1174 Route 109, Lindenhurst, New York 11757 | Iconic Brands, Inc. | April, 2009 through September, 2010 |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| None ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

## 18. Nature, location and name of business

None ☐ *a. If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Iconic Brands, Inc. | 13-4362274 | C/O David Lubin & Associates 10 Union Avenue, Suite 5 Lynbrook, NY 11563 | Import/wholesale of spirits, wine and beer to distributors in the United States. | 7/17/2009 to present - Iconic Brands, Inc. is the owner of the subsidiary of Iconic Imports, Inc. |

| None ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                           DATES SERVICES RENDERED
**Michael T. Studer, CPA, P.C.**
**18 East Sunrise Highway, Ste. 11**
**Freeport, NY 11520**

| None ☑ | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |

None c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the
☐ debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Michael T. Studer, CPA, P.C.**
**18 East Sunrise Highway, Ste. 11**
**Freeport, NY 11520**

None d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued
☐ within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS | DATE ISSUED
**Securities Exchange Commission** | **unaudited quarterly and audited financial reports**
**Northeast Regional Office**
**Woolworth Building, 233 Broadway**
**New York, NY 10279**

### 20. Inventories

None a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the
☑ dollar amount and basis of each inventory.

None b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☑

### 21. Current Partners, Officers, Directors and Shareholders

None a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☐

NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST
**Richard DeCicco, Sole Officer/Director** | **100%** | **100.000000**

None b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls,
☑ or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement
☑ of this case.

None b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately
☑ preceding the commencement of this case.

### 23. Withdrawals from a partnership or distributions by a corporation

None If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
☑ bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this
case.

### 24. Tax Consolidation Group

None If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax
☑ purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

### 25. Pension Funds.

None If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
☑ has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.


Date: **September 21, 2011**              Signature: **/s/ Richard DeCicco**

                              **Richard DeCicco, President**
                              Print Name and Title

      [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                     **0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of New York**

IN RE:                                                          Case No. _____

Iconic Imports, Inc.                                           Chapter **7** _____
_____
                Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **September 21, 2011** _____          */s/ Richard DeCicco* _____
                                                 Debtor

                                                 _____
                                                 Joint Debtor

                                                 */s/ Richard J. McCord* _____
                                                 Attorney for Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ABRAHAM OBANIAN
641 PINE LANE
EAST MEADOW NY  11554


ACTION GROUP INC
11943 NW 37TH STREET
CORAL SPINGS FL  33065


ANSLOW & JACKLIN LLP
195 ROUTE 9 SOUTH
MANALAPAN NJ  07726


AQUARIUM NETWORK
645 BROADWAY
MASSAPEQUA NY  11758


ASHER ENTERPRISES
1 LINDEN PLACE STE 207
GREAT NECK NY  11021


AT & T
PO BOX 8220
AURORA IL  60572


BEVERAGE INDUSTRY
8431 SW 42ND AVENUE
PORTLAND OR  97219


BRICK MOUNTAIN LOGISTICS
600 BAYVIEW AVENUE
INWOOD NY  11096


BUCHMAN LAW FIRM LLP
10 E 40TH STREET #2110
NEW YORK NY  10016-0201

BUREAU CUSTOMS & BORDER
1100 RAYMOND BOULEVARD
NEWARK NJ  07102


BURKHART WEXLER & HIRSCHBERG
585 STEWART AVENUE SUITE 750
GARDEN CITY NY  11530


CHASE CARD SERVICES
PO BOX 15298
WILMINGTON DE  19850


CHESTER STEWART
C/O PATEL RASHMI N LAW OFFICES
1234 SUMMER STREET 4TH FLOOR
STAMFORD CT  06905


CHRISTOPHER L RESINCK
3020 KINE COURT
GREENBROOK NJ  08812


COMPLETE PACKAGING & SHIPPING
83 BENINGTON AVENUE
FREEPORT NY  11520


CONNECTICUT CONTAINER CORP
C/O FRANK FRANK GOLDSTEIN & NAGER PC
460 PARK AVENUE SOUTH
NEW YORK NY  10016


CONTRI SPUMANTI SPA
C/O LAWRENCE C GUTMAN ESQ
19 ROSLYN ROAD
MINEOLA NY  11501

CYSTIC FIBROSIS FOUNDATION
2929 CARLISLE SUITE 230
DALLAS TX  75204


DAVE RUDDEN
5 STAR BROKERS
27 MAPLEWOOD PARK COURT
BETHESDA MD  20814


DELILIAH HOLDINGS
1175 WALT WHITMAN ROAD STE 100
MELVILLE NY  11747


DELTA WHOLESALE INC
802 ROZELLE
MEMPHIS TN  38104


DONALD CHADWELL
12712 ST JOHNS DRIVE
OKLAHOMA CITY OK  73120


DRE INC
800 S MILWAUKEE AVENUE STE 170
LIBERTYVILLE IL  60048


DUNDEE FOODS LLC
815 WEST WHITNEY ROAD
FAIRPORT NY  14450


EDGAR AGENTS LLC
195 ROUTE 9 SOUTH STE 204
ENGLISHTOWN NJ  07726

ELITE MARKETING CONCEPTS INC
C/O ALAN S BERKOWITZ ESQ
14 EAST 4TH STREET SUITE 408
NEW YORK NY  10012


EMPIRE DISTRIBUTORS
3755 ATLANTA INDUSTRIAL PARKWAY
ATLANTA GA  30336


FEDERAL  EXPRESS
PO BOX 371461
PITTSBURGH PA  15250


FEDWAY ASSOCIATES
PO BOX 519
KEARNEY NJ  07032


FEEL SAFE SOLUTIONS INC
222 WILSON ROAD
ISLIP NY  11751


FREDERICK P WINNER LTD
7001 QUAD AVENUE
BALTIMORE MD  21237


FRIARS CLUB
57 E 55TH STREET
NEW YORK NY  10022


GARY FISH
15 MAIDEN LANE SUITE 1108
NEW YORK NY  10038


GENERAL WINE & LIQUOR COMPANY
3101 S GALLEY ROAD SUITE H
DEARBORN MI  48124

```
GLAZER'S
14911 QUORUM DRIVE SUITE 400
PO BOX 809013
DALLAS TX  75380


GREENBERG TRAURIG LLP
200 PARK AVENUE
NEW YORK NY  10166


GUTMAN & GUTMAN LLP
19 ROSLYN ROAD
MINEOLA NY  11501


HARTLEY & PARKER LIMITED
100 BROWNING STREET
STRATFORD CT  06615


HORIZON WINE & SPIRITS
PO BOX 23448
CHATTANOOGA TN  37422


HUI XU (CHRISTINA HSU)
89 RADCLIFFE ROAD
ISLAND PARK NY  11558


IMPERIAL BRANDS INC
16575 COLLECTION CENTER DRIVE
CHICAGO IL  60693


INTER-METRO FREIGHT INC
BLDG 160 RIVER TERMINAL
KEARNEY NJ  07032


JUDGE & DOLPH/WIRTZ
1925 BUSSE ROAD
ELK GROVE VILLAGE IL  60007
```

```
K & L DISTRIBUTORS
3215 LIND AVENUE SW
RENTON WA  98057


LB & B ASSOCIATES INC
PO BOX 25549
RALEIGH NC  27611


LEXUS FINANCIAL SERVICES
PO BOX 17187
BALTIMORE MD  21297


LIPA
15 PARK DRIVE
MELVILLE NY  11747-3091


LIPMAN BROTHERS
PO BOX 280300 411 GREAT CIRCLE ROAD
NASHVILLE TN  37228


LOUIS ROSENSTOCK ESQ
905 KINGS HIGHWAY
BROOKLYN NY  11223


MS WALKER INC
20 THIRD AVENUE
SOMERVILLE MA  02143


MARTIGNETTI  COMPANIES OF NH
PO BOX 1113
MANCHESTER NH  03105


MARVIN MERMELSTEIN
6500 N HAMLIN
LINCOLNWOOD IL  60712
```

MICHAEL ALTER
143 SHRUB HOLLOW ROAD
ROSLYN NY  11578


MICHAEL T STUDER CPA PC
18 EAST SUNRISE HIGHWAY STE 11
FREEPORT NY  11520


MONREAL IMPORTS
3059 SOUTH CENTRAL PARK
CHICAGO IL  60623


NATIONAL GRID
1650 ISLIP AVENUE
BRENTWOOD NY  11717


NEW CENTURY CONSULTANTS
6800 JERICHO TURNPIKE
SUITE 102W
SYOSSET NY  11791


NORTH COAST LOGISTICS INC
PO BOX 75584
CLEVELAND OH  44101


NYLI WEB TECHNOLOGIES INC
436B CENTRAL AVENUE
BOHEMIA NY  11716


NYS DEPARTMENT OF TAXATION AND FINANCE
BANKRUPTCY UNIT- TCD BUILDING 8 RM 455
WA HARRIMAN CAMPUS
ALBANY NY  12227

NYS DEPARTMENT OF TAXATION AND FINANCE
BANKRUPTCY UNIT
PO BOX 5300
ALBANY NY  12205-5300


NYS DEPARTMENT OF TAXATION AND FINANCE
BANKRUPTCY UNIT- TCD BUILDING 8 RM 455
WA HARRIMAN CAMPUS
ALBANY NY  12227


OLINGER DISTRIBUTING COMPANY
5337 WEST 78TH STREET
INDIANAPOLIS IN  46268


ONDEMAND COLOR GROUP
30-02 48TH AVENUE 3RD FLOOR
LONG ISLAND CITY NY  11101


PAUL LAVENDER BROKERAGE LLC
186 CARR ROAD
COLUMBUS MS  39705


PRECISIONIR INC
601 MOOREFIELD PARK DRIVE
RICHMOND VA  23236


R & M GRAPHIC  COMMUNICATIONS
121 VARICK STREET
NEW YORK NY  10013


RL VISCONTI
PO 21102
FLORAL PARIK NY  11002

REED SMITH LLP
PO BOX 777-W4055
PHILADELPHIA PA  19175


REPUBLIC NATIONAL DISTRIBUTING
P O BOX 687
ANNAPOLIS JUNCTION MD  29701


RICHARD DECICCO
71 SHORE DRIVE SOUTH
COPAIGUE NY  11726


ROBERT C DILULLO
72 SPY HILL GLASS ROAD
HOPEWELL JUNCTION NY  12553


SCALAMANDRE REAL ESTATE
157 ALBANY AVENUE
FREEPORT NY  11520


SECURITIES EXCHANGE COMMISSION
NORTHEAST REGIONAL OFFICE
WOOLWORTH BUILDING 233 BROADWAY
NEW YORK NY  10279


SG MARTIN
8 BROADWAY
ROCKY POINT NY  11778


SHANGHAI YUXUAN INTERNATIONAL
24 E HUAYUAN BUILDING #1 3500 KAIXUAN
XUHUI DISTRICT SHANGHAI CITY
CHINA

```
SHELL FLEET
PO BOX 2463
HOUSTON TX  77252


SHERWOOD SUFFOLK COMPANY
14 DUBON COURT
FARMINGDALE NY  11735


SICHENZA ROSS FRIEDMAN FERENC
1065 AVENUE OF THE AMERICAS
NEW YORK NY  10018


SOUTHERN WINE & SPIRITS - FL DIV
PO BOX 279370
MIRAMAR FL  33027


SOUTHERN WINE & SPIRITS - HI DIV
PO BOX 279370
MIRAMAR FL  33027


SOUTHERN WINE & SPIRITS - NV DIV
PO BOX 279370
MIRAMAR FL  33027


SOUTHERN WINE & SPIRITS - OHIO DIV
651-D LAKEVIEW PLAZA BOULEVARD
COLUMBUS OH  43085


SOUTHERN WINE & SPIRITS WEST
2101 FRANK ALBERT ROAD EAST
FIFE WA  98424


SPARTAN LOGISTICS CINCINATTI
3005 E KEMPER ROAD
CINCINATTI OH  45241
```

```
SPARTAN LOGISTICS CLEVELAND
22801 AURORA ROAD
BEDFORD HEIGHTS OH  44146


SPARTAN WAREHOUSE
PO BOX 145200 DEPT 1001
CINCINATTI OH  45250


STANDARD BEVERAGE CORP
PO BOX 968
WICHITA KS  67201


STAPLES
DEPT NY 85106 PO BOX 30851
HARTFORD CT  01650


STEINBERG FINEO PC
401 BROADHOLLOW ROAD
MELVILLE NY  11747


STERLING DISTRIBUTING CORP
4433 S 96TH STREET PO BOX 27069
OMAHA NE  68127


STOLLER WHOLESALE
3325 MT PROSPECT ROAD
FRANKLIN PARK IL  60131


SUFFOLK COPIER SYSTEMS INC
130-1 KNICKERBOCKER
BOHEMIA NY  11716


T MOBILE
PO BOX 742596
CINCINATTI OH  45274
```

TASTING PANEL MAGAZINE
15335 MORRISON AVENUE STE 345
BOHEMIA NY  11716


THE ESTATE OF MERCER K ELLINGTON
C/O SCAROLA & ELLIS LLP
888 SEVENTH AVENUE 45TH FLOOR
NEW YORK NY  10106


THERMO PLASTIC
1119 MORRIS AVENUE
UNION NJ  07083


TOWN OF BABYLON
281 PHELOS LANE ROOM 19
NORTH BABYLON NY  11703


TOYOTA MOTOR CREDIT CORPORATION
C/O RUBIN & ROTHMAN LLC
1787 VETERANS HIGHWAY
ISLANDIA NY  11749


UNITED PARCEL SERVICE
PO BOX 7247-0244
PHILADELPHIA PA  19170


UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT  OF NEW YORK
610 FEDERAL PLAZA 5TH FLOOR
CENTRAL ISLIP NY  11722-4454


UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT OF NEW YORK CIVIL DIV
610 FEDERAL PLAZA 5TH FLOOR
CENTRAL ISLIP NY  11722-4454

US DEPARTMENT OF EDUCATION
BANKRUPTCY LITIGATION SUPPORT
50 BEALE STREET STE 8629
SAN FRANCISCO CA  94105


US DEPARTMENT OF HEALTH AND HUMAN SVS
OFFICE OF THE GENERAL COUNSEL
26 FEDERAL PLAZA ROOM  3908
NEW YORK NY  10278


US DEPARTMENT OF HOUSING AND URBAN DEVEL
OFFICE OF THE REGIONAL COUNSEL FOR NY/NJ
26 FEDERAL PLAZA ROOM 3500
NEW YORK NY  10278


US ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF THE REGIONAL COUNSEL REGION 2
290 BROADWAY 17TH FLOOR
NEW YORK NY  10007


VINTAGE  FILINGS
150 WEST 46TH STREET 6TH FLOOR
NEW YORK NY  10036


WEST A THOMSON REUTERS BUSINESS
610 OPPERMAN DRIVE
D6-11 ACCOUNTS RECEIVABLE
EAGN MN  55123


WILLIAM BLACKER
26 LINFORD ROAD
GREAT NECK NY  11021

IN RE:                                                            Case No. _____

Iconic Imports, Inc.                                          Chapter **7** _____
_____
                              Debtor(s)

## STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 1073-2(b)

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed " Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an intere st in property that was or is included in the property of another estate under 11 U.S.C. § 541(a) .]

☑ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. Case No.: _____     Judge: _____     District/Division: _____

Case still pending (Y/N): ____   *[If closed]* Date of closing: _____

Current status of related case: _____
                                      (Discharged/awaiting discharge, confirmed, dismissed, etc.)

Manner in which cases are related *(Refer to NOTE above)*: _____

Real property listed in debtor's Schedule "A" ("Real Property") which was also listed in Schedule "A" of related case:

2. Case No.: _____     Judge: _____     District/Division: _____

Case still pending (Y/N): ____   *[If closed]* Date of closing: _____

Current status of related case: _____
                                      (Discharged/awaiting discharge, confirmed, dismissed, etc.)

Manner in which cases are related *(Refer to NOTE above)*: _____

Real property listed in debtor's Schedule "A" ("Real Property") which was also listed in Schedule "A" of related case:

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# DISCLOSURE OF RELATED CASES (cont'd)

3. Case No.: _____ Judge: _____ District/Division: _____

Case still pending (Y/N): ____ [*If closed*] Date of closing: _____

Current status of related case: _____
<p style="text-align:center">(Discharged/awaiting discharge, confirmed, dismissed, etc.)</p>

Manner in which cases are related (*Refer to NOTE above*): _____

Real property listed in debtor's Schedule "A" ("Real Property") which was also listed in Schedule "A" of related case:

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):  __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

| | |
|---|---|
| /s/ Richard J. McCord                    9/21/11 | /s/ Richard DeCicco                    9/21/11 |
| Signature of Debtor's Attorney | Signature of Pro Se Debtor/Petitioner |
| | **C/O David Lubin & Associates 10 Union Avenue, Suite 5** |
| | Mailing Address of Debtor/Petitioner |
| | **Lynbrook, NY  11563** |
| | City, State, Zip Code |
| | |
| | Area Code and Telephone Number |

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

**NOTE**: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only